1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  LISA CARTIER-GIROUX
   Email: Lisa.Cartier-Giroux@usdoj.gov
4  KIMBERLY SOKOLICH
   Email: Kimberly.Sokolich@usdoj.gov
5  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
6  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
7
   *Attorneys for Plaintiff*
8  *The United States of America*

```
                FILED ____ RECEIVED
           ____ ENTERED ____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

                     APR - 7 2021

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
           BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00073-JCM-EJY |
| Plaintiff, | CRIMINAL INFORMATION |
| vs. | VIOLATION: |
| KELTON SIMON, | 18 U.S.C. §§ 1361 and 2 – Depredation Against Property of the United States |
| Defendant. | |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

### Count One
### Depredation Against Property of the United States
### (18 U.S.C. §§ 1361 and 2)

On or about May 30, 2020, in the state and Federal District of Nevada,

KELTON SIMON,

defendant herein, willfully and by means of repeatedly throwing objects, did injure and commit a depredation against property of the United States and of any department or agency thereof, and property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically the Foley Federal Building, located at 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, and the resulting damage was over one thousand dollars ($1000.00) all in violation of Title 18, United States Code, Sections 1361 and 2.

**DATED:** this 1 day of March, 2021.

NICHOLAS A. TRUTANICH
United States Attorney


LISA CARTIER-GIROUX
KIMBERLY SOKOLICH
Assistant United States Attorney